■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD JORDAN, Appellant. [782 NYS2d 641]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered April 14, 2003, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the prosecutor's summation deprived him of due process and a fair trial. However, the majority of the defendant's current objections are not preserved for appellate review (*see* CPL 470.05 [2]; *People v Dien,* 77 NY2d 885, 886 [1991]; *People v Brownridge,* 267 AD2d 318 [1999]). In any event, the prosecutor's statements constituted fair responses to remarks made by the defense counsel during summation (*see People v Halm,* 81 NY2d 819, 821 [1993]; *People v Ashwal,* 39 NY2d 105 [1976]; *People v Ryant,* 278 AD2d 345 [2000]).

The defendant's remaining contentions are without merit. Smith, J.P., Adams, Crane and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN F. KENNEDY, Appellant. [782 NYS2d 641]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Del Giudice, J.), rendered October 21, 2002, convicting him of burglary in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

After a thorough inquiry, the trial court providently exercised its discretion in denying the defendant's motion for a mistrial on the ground of premature jury deliberations (*see People v Simon,* 224 AD2d 458 [1996]; *People v Pollard,* 150 AD2d 397, 398 [1989]; *People v Castillo,* 144 AD2d 376 [1988]; *People v Gordon,* 77 AD2d 663 [1980]). There is no basis upon which to disturb the court's determinations concerning credibility with respect to its individual inquiries of the jurors (*see People v Rivera,* 304 AD2d 841 [2003]; *People v Jamison,* 291 AD2d 298 [2002]).

The defendant's remaining contention is unpreserved for appellate review and, in any event, is without merit. Florio, J.P., H. Miller, Goldstein and Skelos, JJ., concur.